UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

FARIDA AKTER,

                Plaintiff,

    -against-                                ORDER

CITIBANK, N.A.,                       20 Civ. 5415 (GBD)

                Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that Plaintiff and Defendant Citibank, N.A. have settled this matter, the Clerk of Court is hereby ORDERED to close the action against that defendant only, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

Dated: September 2, 2020
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE