

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARIDA AKTER,

        Plaintiff,

-against-

CITIBANK, N.A., et al.,

        Defendants.

_____/

Docket No.: 1:20-cv-05415-GBD

**NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC ONLY**

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, FARIDA AKTER, and Defendant, TRANS UNION, LLC only, pending the exchange and approval of final settlement papers. This Notice of Settlement only applies to Trans Union, LLC. No other Defendants remain active parties in this matter.

Dated: January 15, 2021

**SO ORDERED:**

George B. Daniels, U.S.D.J.
Dated: JAN 19 2021

Respectfully submitted,

Subhan Tariq, Esq.
Attorney I.D. No. ST9597
The Tariq Law Firm, PLLC
**Attorney for Plaintiff**
34-18 Northern Blvd – Suite 2-25
Long Island City, NY 11101
Telephone: (718) 674-1245
Facsimile: (516) 453-0490
Email: subhan@tariqlaw.com