UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FARIDA AKTER,

                    Plaintiff,

      -against-                                 ORDER

TRANS UNIOIN, LLC,                  20 Civ. 5415 (GBD)

                    Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that Plaintiff and the remaining Defendant Trans Union, LLC have settled this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

       The January 20, 2021 conference is canceled.

Dated: January 19, 2021
       New York, New York

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      United States District Judge